584

cuit Court of Appeals for the Ninth Circuit denied. *Messrs. Benjamin F. Bledsoe* and *Elvon Musick* for petitioner. No appearance for respondent.

No. 100. PFLUEGER ET AL. *v.* SHERMAN ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. John Francis Neylan* and *Bartley C. Crum* for petitioners. *Messrs. Alfred Sutro, W. H. Lawrence, Eugene M. Prince,* and *W. L. Stanley* for respondents.

No. 101. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY ET AL. *v.* PRUDENCE-BONDS CORP. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. J. M. Richardson Lyeth, John Ross Delafield, Jackson A. Dykman, Thurlow M. Gordon, Timothy N. Pfeiffer, John W. Davis,* and *Emery H. Sykes* for petitioners. *Messrs. Archibald Palmer* and *Wm. P. Maloney* for respondents.

No. 105. ZACHRITZ *v.* ST. LOUIS SAN FRANCISCO RY. CO. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. W. S. Hogsett* for petitioner. *Messrs. Joseph W. Jamison, Henry S. Conrad,* and *L. E. Durham* for respondent.

No. 106. LUCKY TIGER COMBINATION GOLD MINING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit